FILED
2019 Feb-26  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARTIN LAWRENCE HALL,<br><br>      Plaintiff,<br><br><br><br>      v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation, THE AEGIS TECHNOLOGIES GROUP, INC., SHORT AND LONG TERM DISABILITY INSURANCE PLAN, an Employee Welfare Benefit Plan, and THE AEGIS TECHNOLOGIES GROUP, INC., a corporation,<br><br>      Defendants. | Case No.:<br><br>Removed from the Twenty-Third Judicial Circuit of Madison County, Alabama, Case No. 47-CV-2019-900138 |

## NOTICE OF REMOVAL

# EXHIBIT A

ELECTRONICALLY FILED
2019 4:13 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>47<br><br>Date of Filing:<br>01/21/2019 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### MARTIN LAWRENCE HALL v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

HAM033    1/21/2019 4:13:27 PM    /s/ KENNETH D HAMPTON
_____    _____    _____
    Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☐ NO

ELECTRONICALLY FILED
2/11/2019 4:13 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| MARTIN LAWRENCE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, a corporation, | ) |
| THE AEGIS TECHNOLIGIES GROUP, | ) |
| INC., SHORT AND LONG TERM | ) |
| DISABILITY INSUANCE PLAN, an | ) |
| Employee Welfare Benefit Plan, and THE | ) |
| AEGIS TECHNOLOGIES GROUP, INC, a | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT**

1. The Plaintiff is Martin Lawrence Hall who is currently a resident of Dublin, Georgia. He was at the time that the events giving rise to this Complaint occurred a resident of Huntsville, Madison County, Alabama. The Plaintiff is over the age of nineteen (19) years.

2. The Defendant The Aegis Technologies Group, Inc., is an Alabama corporation located in Huntsville, Madison County, Alabama and was the employer of the Plaintiff in Huntsville, Madison County, Alabama at the time that the contract of insurance was entered into with the Defendant The Prudential Insurance Company

of America. The Defendant The Aegis Technologies Group, Inc., is the Plan Administrator of the Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan.

3. The Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan is an employee welfare benefit plan created to provide short term and long term disability benefits to the Defendant The Aegis Technologies Group, Inc.'s employees and the Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan is located and administered at 410 Jan Davis Drive, Huntsville, Madison County, Alabama.

4. The Defendant The Prudential Insurance Company of America is a corporation that is authorized by the State of Alabama to do business in the state of Alabama. The Defendant The Prudential Insurance Company of America is qualified and licensed to sell insurance in the State of Alabama and in Madison County, Alabama and to engage in activities related to the sale of insurance and determining whether to grant or deny claims filed with respect to such insurance policies.

5. The Court has jurisdiction of this matter pursuant to 29 U.S.C. § 1132(e)(1) as this proceeding is a proceeding to recover benefits due to the Plaintiff and to enforce his rights to benefits under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan and the policy of insurance that was issued

to insure benefits under that Plan by the Defendant The Prudential Insurance Company of America.

6. The Plaintiff was employed by the Defendant The Aegis Technologies Group, Inc., as a Research Scientist with his date of hire being July 1, 2014 in Huntsville, Madison County, Alabama and his work assignment being in Huntsville, Madison County, Alabama.

7. The Plaintiff is a participant and/or insured under the Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan and the policy of insurance issued by the Defendant The Prudential Insurance Company of America beginning on July 1, 2014.

8. The Plaintiff's last date of work for the Defendant The Aegis Technologies Group, Inc., was on January 3, 2017 at which time the hereinafter described medical conditions would no longer allow him to continue to work. The Plaintiff did attempt part-time work which ended April 20, 2017.

9. The Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan does designate the Defendant The Aegis Technologies Group, Inc., as the Plan Administrator of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan.

10. The Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan does designate the Defendant The Prudential Insurance

Company of America as the Claims Administrator of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan with respect to all claims seeking benefits under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan including the claim presented by the Plaintiff to the Defendants.

11. The Plaintiff was an employee of the Defendant The Aegis Technologies Group, Inc. and the policy of insurance issued by the Defendant The Prudential Insurance Company of America states that the Defendant The Aegis Technologies Group, Inc. is the contract holder of the policy of insurance and that the policy of insurance provides coverage for all employees of the Defendant The Aegis Technologies Group, Inc.

12. The Defendant The Aegis Technologies Group, Inc. and the Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan both have the principal address of 410 Jan Davis Drive, Huntsville, Madison County, Alabama and the principal address of the Defendant The Aegis Technologies Group, Inc. and the Defendant The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan is the location of the creation of the contract or policy of insurance with the Defendant The Prudential Insurance Company of America and is the location of the filing of the claim for benefits by the Plaintiff. Venue is proper in Madison County, Alabama.

13. The Plaintiff initially applied for Long Term disability benefits under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan with the Defendants by a claim application process that was completed on May 25, 2017. The initial application was supported by an opinion from the Plaintiff's then treating pulmonary physician that the Plaintiff was disabled.

14. As the claims administrator under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan, the Defendant The Prudential Insurance Company of America denied Plaintiff's claim for Long Term Disability benefits initially on July 14, 2017.

15. The Plaintiff appealed the initial denial of Long Term Disability benefits under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan on December 26, 2017 by a written appeal.

16. The Defendant The Prudential Insurance Company of America as the claims administrator under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan denied the first appeal of the Plaintiff's application for Long Term Disability benefits by a written decision dated January 23, 2018.

17. The Plaintiff appealed the second denial of his application for Long Term Disability benefits under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan on July 16, 2018 by a written appeal.

18. The Defendant The Prudential Insurance Company of America as the claims administrator under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan denied the second appeal of the Plaintiff for Long Term Disability benefits by a written decision dated September 24, 2018. Neither the insurance policy that provides insurance benefits for the employees of the Defendant The Aegis Technologies Group, Inc. nor The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan allows or permits any further administrative appeals.

19. The Plaintiff was employed by the Defendant The Aegis Technologies Group, Inc. in Huntsville, Alabama as a research scientist with an hourly rate of pay of Thirty-Three Dollars and eighty-three cents per hour [$33.83] and with a scheduled work week of forty hours [40] per week for a gross pay per week of One Thousand Three Hundred Fifty Three Dollars and twenty cents [$1353.20] per week.

20. The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan provides that benefits under the Plan will begin ninety [90] days from the date that the sickness or illness meets the definition of disability under the terms of the insurance policy. The Plaintiff would have qualified for the Long Term Disability benefits as of April 4, 2017, following the completion of the elimination period under the terms of the insurance policy that insured the benefits of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan.

21. The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan and the insurance policy issued by the Defendant The Prudential Insurance Company of America to provide benefits to the employees of the Defendant The Aegis Technologies Group, Inc. provides that benefits will be payable at the rate of sixty percent [60%] of the monthly earnings of the employees of the Defendant The Aegis Technologies Group, Inc. that are participants of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan.

22. Based on the formula in insurance policy that insures the benefits under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan, the Plaintiff's gross monthly benefit amount would be Three Thousand Five Hundred Eighteen Dollars and thirty-two [$3518.32] per month until his normal retirement age which would be age sixty-seven.

[23]. The Defendants have not paid the Plaintiff any benefits under the terms of either the insurance policy that insures The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan nor under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan.

[24] The Plaintiff suffers from severe persistent asthma and Mast Cell Activation Syndrome causing severe allergic reactions. The Defendant The Prudential Insurance Company of America had the file reviewed by a non-examining physician Dr. Patel who states, "The claimant would need a work environment with no

exposure to fumes, dust (particulate matter less than 10 microns in diameter), allergens, volatile chemicals or pollution, including ozone." Patel Opinion p. 3. This limitation was agreed to by Dr. Taylor, the Plaintiff's then treating pulmonary physician. The opinion also is supported by Dr. Afrin, a Mast Cell Activation Syndrome specialist.

[25] The Plaintiff had the opinion and limitations of Dr. Patel reviewed by Michelle V. Fanucchi, Ph.D., a professor in the Department of Environmental Health Sciences, University of Alabama in Birmingham School of Public Health. Dr. Fanucchi in an opinion that was submitted to the Defendant The Prudential Insurance Company of America as the claims administrator states that "However, unless the working space is set up as a "clean room" with all of the restrictions that are required to meet those standards, it is unlikely that any office space (or home or medical office) would meet the expectation of "no exposure" to any of the above referenced compounds."

[26] After the opinions of Dr. Patel, Dr. Taylor and Dr. Fanucchi were obtained, those opinions and the resulting limitations were submitted to a vocational expert who Plaintiff determined that the combined medical and environmental limitations would prevent the Plaintiff from performing any work activity and specifically noting that the environmental restrictions prevented employment.

[27] The January 23, 2018 decision of the Defendant The Prudential Insurance Company of America by a different medical reviewer acknowledges that if the opinion of Dr. Patel, who was a reviewer for the Defendant The Prudential Insurance Company of America, and the opinion of Dr. Fanucchi were accepted that it would be unlikely that any such work place exist or could be established.

[28] The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan under the terms of the insurance policy that was issued to insure benefits under the Plan and issued by the Defendant The Prudential Insurance Company of America defines disability as "You are unable to perform the material and substantial duties of your regular occupation, or you have a 20% or more loss in your monthly earnings, and You are under the regular care of a doctor."

[29] The Plaintiff meets the test of disability under terms of the insurance policy that insures the Long Term Disability benefits for the employees and participants in The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan as shown by the medical and environmental work limitations that he suffers.

[30] The Defendants did wrongfully, arbitrarily, and capriciously deny the Plaintiff Long Term Disability benefits under the policy of insurance issued by the Defendant The Prudential Insurance Company of America and under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan as the Plaintiff is not able to engage the material and substantial duties of his regular

occupation as a research scientist. The Defendant The Prudential Insurance Company of America did act in an arbitrary and capricious manner and in bad faith in denying benefits to the Plaintiff and in an effort to protect the financial interests of The Prudential Insurance Company of America in breach of the fiduciary duties of the Defendant The Prudential Insurance Company of America.

[31] The denial of Long Term Disability benefits to the Plaintiff under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan is a breach of the insurance policy issued by the Defendant The Prudential Insurance Company of America.

[32] As a proximate consequence of the wrongful, arbitrary, and capricious denial of benefits under The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan and the breach of the insurance policy that insures The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan, the Plaintiff has been caused to suffer the loss of benefits under the terms of the insurance policy and The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan at the rate of Three Thousand Five Hundred Eighteen Dollars and thirty-two [$3518.32] per month since April 4, 2017 and will continue to suffer the loss of benefits in the future at the rate of Three Thousand Five Hundred Eighteen Dollars and thirty-two [$3518.32] per month.

[33] There are no remaining appeals administratively before the Defendants and the Plaintiff has exhausted all of his administrative remedies in this matter.

Wherefore, the Plaintiff demands a judgment against the Defendants for all benefits that he is entitled to receive under the terms of The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan and insurance policy that insures benefits for the participants and employees of The Aegis Technologies Group, Inc., whether such benefits are actual and/or compensatory damages, attorney fees, costs, and such other, further, and different relief as the Court deems just, proper, and equitable.

Date: January ㄥ/ , 2019

_Kenneth D. Hampton_
Kenneth D. Hampton
Attorney for the Plaintiff
Attorney ID: HAM033
Suite A, 2004 Poole Drive
Huntsville, Al 35810
Telephone: 256-859-8900
Fax: 256-859-8853
E-mail: kenhampton@bellsouth.net

Serve Defendants by Attorney Initiated Certified Mail:

[1]
The Prudential Insurance Company of America
CT Corporation System, Registered Agent
2 North Jackson Street, Suite 605
Montgomery, Al 36104

----------------------

[2]
The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan
The Aegis Technologies Group, Inc., Designated Plan Agent
Attention: Human Resources Department
410 Jan Davis Drive
Huntsville, Al 35806

[3]
The Aegis Technologies Group, Inc., Plan Administrator
Attention: Human Resources Department
410 Jan Davis Drive
Huntsville, Al 35806



AlaFile E-Notice

47-CV-2019-900138.00

To:   KENNETH D HAMPTON
      kenhampton@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following complaint was FILED on 1/21/2019 4:13:59 PM

Notice Date:      1/21/2019 4:13:59 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
CT CORPORATION SYSTEM
2 N JACKSON ST. SUITE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following complaint was FILED on 1/21/2019 4:13:59 PM

Notice Date:      1/21/2019 4:13:59 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  THE AEGIS TECHNOLOGIES GROUP INC,
     ATTN: HUMAN RESOURCES DEP
     410 JAN DAVIS DRIVE
     HUNTSVILLE, AL, 35806

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following complaint was FILED on 1/21/2019 4:13:59 PM

Notice Date:     1/21/2019 4:13:59 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  THE AEGIS TECHNOLOGIES GROUP INC SHORT TERM AND LON
     ATTN: HUMAN RESOURCES DEP
     410 JAN DAVIS DRIVE
     HUNTSVILLE, AL, 35806

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following complaint was FILED on 1/21/2019 4:13:59 PM

Notice Date:    1/21/2019 4:13:59 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2019-900138.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
## MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET

**NOTICE TO:** THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, CT CORPORATION SYSTEM 2 N JACKSON ST. SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARTIN LAWRENCE HALL pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 1/21/2019 4:13:59 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____     _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2019-900138.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET

**NOTICE TO:**  THE AEGIS TECHNOLOGIES GROUP INC,, ATTN: HUMAN RESOURCES DEP 410 JAN DAVIS DRIVE, HUNTSVILLE, AL 35806

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARTIN LAWRENCE HALL
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 1/21/2019 4:13:59 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                        County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on

*(Date)*

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2019-900138.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET

**NOTICE TO:** THE AEGIS TECHNOLOGIES GROUP INC SHORT TERM AND LONG TERM DISABILITY INSURANCE PLAN, ATTN: HUMAN RESOURCES DEP 410 JAN DAVIS DRIVE, HUNTSVILLE, AL 35806

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810                      .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARTIN LAWRENCE HALL pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 1/21/2019 4:13:59 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                          .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____

*(Server's Printed Name)*        *(Phone Number of Server)*

ELECTRONICALLY FILED
1/21/2019 4:44 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| MARTIN LAWRENCE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: <u>47-CV-2019-900138</u> |
| | ) |
| THE PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA, a corporation, THE AEGIS | ) |
| TECHNOLIGIES GROUP, INC., SHORT AND | ) |
| LONG TERM DISABILITY INSUANCE PLAN, an) | |
| Employee Welfare Benefit Plan, and THE AEGIS | ) |
| TECHNOLOGIES GROUP, INC, a corporation, | ) |
| | ) |
| Defendants. | ) |

### <u>Plaintiff's First Notice  Identifying Discovery Materials</u>

Pursuant to the Standing Order of this Court as it pertains to discovery materials and <u>Alabama Rule of Civil Procedure</u>  5(d), please take notice that the following itemized discovery documents have been filed in this action and the originals of such documents are being retained by the Plaintiff's attorney as Custodian and that such itemized discovery documents are or will be served pursuant to <u>Alabama Rule of Civil Procedure</u> 4 in this matter with the Summons and Complaint:

[1] Plaintiff's First Set of Request for Production of Documents to The Prudential Insurance Company of America.

Date: January **21** , 2019

*Kenneth D. Hampton*
Kenneth D. Hampton HAM033
Attorney for Plaintiff
Suite A, 2004 Poole Drive
Huntsville, Alabama 35810
Telephone: 256-859-8900
Fax: 256-859-8853
Email: kenhampton@bellsouth.net

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL,         )
                                       )
                Plaintiff,        )
                                       )
Vs.                             )  Civil Action: <u>47-CV-2019-900138</u>
                                       )
THE PRUDENTIAL INSURANCE COMPANY  )
OF AMERICA, a corporation, THE AEGIS    )
TECHNOLIGIES GROUP, INC., SHORT AND  )
LONG TERM DISABILITY INSUANCE PLAN, an)
Employee Welfare Benefit Plan, and THE AEGIS  )
TECHNOLOGIES GROUP, INC, a corporation,   )
                                       )
                Defendants.    )

### <u>Plaintiff's First Request for Production of Documents, etc., to Defendant The Prudential Insurance Company of America, a corporation.</u>

Comes now the Plaintiff, Martin Lawrence Hall, pursuant to <u>Alabama Rule of Civil Procedure</u> 34, and requests the Defendant, The Prudential Insurance Company of America, a corporation, to respond within forty-five (45) days to the following requests:

### <u>Miscellaneous Instructions</u>:

{a} If any document responsive to these requests for production has been lost, destroyed, or is otherwise not in existence or not capable of production, describe the document, its contents and the reason(s) for non-availability.

{b} Plaintiff expressly reserves the right to challenge any claim of privilege, but if in responding to any request for production and/or identifying any document that is responsive to the following requests for production, the Defendant The Prudential Insurance Company of America, a corporation, finds it necessary to claim privilege of any type, redact the language of such document

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

1 of 6

that you claim to be privileged and produce the edited version openly and plainly stating on the document produced to the Plaintiff "Edited".

{c} If any document, thing, picture, video, and/or other item requested by these requests for production of documents shall be created, stored, filed, maintained or otherwise have a digital or electronic format file of any type, the document, thing, picture, video, and/or other item requested shall be produced in its unedited digital and/or electronic format.

<u>Requests For Production</u>:

[1] That the Defendant, The Prudential Insurance Company of America, a corporation, produce and permit the Plaintiff to inspect and to copy each of the following documents, items, or things:

(A) The application for the long term disability insurance policy and/or employee plan benefit made with the Defendant, The Prudential Insurance Company of America, a corporation, and/or the Plaintiff's Employer, The Aegis Technologies Group, Inc., a corporation, with respect to long term disability benefits sought by the Plaintiff pursuant to the terms of the insurance policy and/or employee benefit plan that applies to the Plaintiff.

(B) A certified copy of the Long Term Disability Plan, the insuring insurance policy, declarations page, all amendments to either the Long Term Disability Plan and/or the insuring insurance policy since the original effective date of the original Long Term Disability plan, and all endorsements with respect to the long term disability benefits policy issued by the Defendant, The Prudential Insurance Company of America, a corporation, and which applies to the proof of claim and/or statement of claim filed by or on behalf of the Plaintiff for long term disability benefits. This request for Production in addition to the documents described above shall specifically include, but shall not be limited to:

[1] The Plan documents including any wrap around plan documents in complete form.

[2] All Annual Return/Report of Employee Benefit Plans, Form 5500, including all documents filed with such forms.

[3] All Plan documents that are accessible by "links" or are available on any website maintained by: The Prudential Insurance Company of America, a corporation.

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

2 of 6

(C) A certified copy of the Summary Plan Description with respect to the employee benefits plan that applies to the employees of The Aegis Technologies Group, Inc., a corporation, with respect to the long term disability benefits for which the policy was issued by the Defendant, The Prudential Insurance Company of America, a corporation, , including all amendments to the Summary Plan Description since the original effective date of the long term disability plan and showing the effective date of each such amendment.

(D) Any and all letters, mailgrams, e-mail transmissions, telegrams, memorandums of conversations with the Plaintiff, and/or other correspondence to the Plaintiff in the possession of the Defendant, The Prudential Insurance Company of America, a corporation, , regardless of the source from which such document was received and regardless of the source that created the document and to specifically include all such documents created by the Defendant, The Prudential Insurance Company of America, a corporation, .

(E) Any and all letters, mailgrams, e-mail transmissions, telegrams, and/or other correspondence received by and/or sent by the Defendant, The Prudential Insurance Company of America, a corporation, from the Plaintiff and/or anyone on behalf of the Plaintiff, to include but not be limited to any healthcare provider and/or person acting as the representative of the Plaintiff.

(F) Any and all manuals, memorandums, internal policy procedures describing or prescribing the claims evaluation process by the Defendant, The Prudential Insurance Company of America, a corporation, with respect to the type of policy by which the Plaintiff is seeking benefits.

(G) Any and all internal letters, internal e-mails, fax transmittals, internal memorandums, or any other written communication with respect to the policy and/or any claim filed by the Plaintiff with the Defendant, The Prudential Insurance Company of America, a corporation.

(H) Any and all proofs of claim and/or statements of claim filed by the Plaintiff or on behalf of the Plaintiff with the Defendant, The Prudential Insurance Company of America, a corporation, and/or the Plaintiff's Employer, The Aegis Technologies Group, Inc., a corporation, seeking long term disability benefits together with all other documents filed with the proof of claim and/or statement of claim.

(I) Any and all underwriting manuals that discuss, relate to, or provide for the type of policy purchased from the Defendant, The Prudential Insurance Company of America, a corporation, and through which the Plaintiff is seeking benefits.

(J) Any and all manuals, memorandums, or other internal statements of the Defendant, The Prudential Insurance Company of America, a corporation,

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

3 of 6

interpreting the policy language and exclusions and interpreting the language of any and all endorsements of the policy purchased by the Plaintiff from the Defendant, The Prudential Insurance Company of America, a corporation. This request shall include any such manuals, memorandums, or documents that are internal to the Defendant, The Prudential Insurance Company of America, a corporation, but which were provided to the Plaintiff and/or the Plaintiff's Employer as a part of the marketing, sale, or explanation of benefits under the terms of the Long Term Disability Plan.

(K) Any and all file jackets, folders, daily activity logs, contents of file jackets, contents of folders, and/or daily diary logs of the Defendant, The Prudential Insurance Company of America, a corporation, , or its employees containing written notes, written entries, electronic information, e-mails, photographs, digital pictures, digital videos, and/or any other information with respect to the Plaintiff and/or the insurance policy purchased from the Defendant, The Prudential Insurance Company of America, a corporation, , by the Plaintiff, and/or any claim filed on behalf or by the Plaintiff, and/or internal conversations or discussions of the Defendant, The Prudential Insurance Company of America, a corporation, or its employees with respect to the Plaintiff, the policy insuring long term disability benefits for the Plaintiff, or any claim filed by or on behalf of the Plaintiff.

(L) Any and all internal newsletters or memoranda circulated regularly in the disability claims department of the Defendant, The Prudential Insurance Company of America, a corporation.

(M) Any and all external newsletters, insurance industry publications, or memoranda circulated regularly in the claims department of the Defendant, The Prudential Insurance Company of America, a corporation.

(N) A complete copy of all medical records, written job description of the job the Plaintiff held with The Aegis Technologies Group, Inc., a corporation, occupational evaluations, correspondence sent to or received from any healthcare provider, and/or any other medical and/or vocational information relating to the Plaintiff and in the possession of the Defendant, The Prudential Insurance Company of America, a corporation.

(O) Any and all letters, e-mails, correspondence, and/or other documents received by the Defendant, The Prudential Insurance Company of America, a corporation, from any and all non-examining physicians, vocational experts, rehabilitation experts, and/or any other healthcare experts with respect to the Plaintiff.

(P) Any and all letters, mailgrams, e-mail transmissions, telegrams, and/or other correspondence received by or sent by the Defendant, The Prudential Insurance Company of America, a corporation, or any employee of the Defendant, The Prudential Insurance Company of America, a corporation, with respect to the Plaintiff to any person, partnership, corporation, and/or other entity, including other

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

4 of 6

employees of the Defendant, The Prudential Insurance Company of America, a corporation, .

(Q) A complete copy of any and all surveillance videos, digital pictures/images, films, tapes of any type, digital tapes, video tapes, CD Rom images, DVD images, and/or any other photographic images of the Plaintiff regardless of when taken and regardless of by whom taken.

(R) A resume, or "CV", and a copy of the retainer and/or fee schedule for each expert witness which the Defendant, The Prudential Insurance Company of America, a corporation, , will offer to testify, or from which the Defendant, The Prudential Insurance Company of America, a corporation, , will offer an opinion, and/or upon which the Defendant, The Prudential Insurance Company of America, a corporation, , has based any decision with respect to the grant or denial of long term disability benefits to the Plaintiff.

(S) Each and every document, books, treatise, electronic data, statement, interview, and/or other document which the Defendant, The Prudential Insurance Company of America, a corporation, used to make any decision with respect to the grant or denial of long term disability benefits to the Plaintiff.

(T) Any and all notices of cancellation, certificates of mailing of such notices of cancellation, and postage receipts with respect to such notices of cancellations in reference to the long term disability insurance policy issued by the Defendant, The Prudential Insurance Company of America, a corporation, and under which the Plaintiff is seeking benefits.

(U) Any and all statements of account and/or other accounting records showing the date and the amount of premiums paid to the Defendant, The Prudential Insurance Company of America, a corporation, by or on behalf of the Plaintiff and/or the employee benefit plan of the Employer, The Aegis Technologies Group, Inc., a corporation, , within the preceding twenty-four [24] months as it relates to the long term disability insurance policy issued by the Defendant, The Prudential Insurance Company of America, a corporation, , and under which the Plaintiff is seeking benefits.

(V) Any and all advertising and/or promotional materials with respect to the type of insurance policy under which the Plaintiff is seeking long term disability benefits that have been issued by the Defendant, The Prudential Insurance Company of America, a corporation, from the effective date of the policy that provides coverage for the Plaintiff or for the past thirty-six months, whichever is longer. This request shall include, but not be limited to, booklets, oral advertising recordings, video advertising recordings, DVDs, internet web site promotional/informational material, direct mail promotional material, and/or any other document, electronic file, newspaper file, mail-out or other material that advertised the type of long term disability insurance policy and/or the particular long term disability insurance

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

5 of 6

policy sold by the Defendant, The Prudential Insurance Company of America, a corporation, , and under which the Plaintiff is seeking long term disability benefits.

(W) Any and all letters, mailgrams, e-mail transmissions, telegrams, memorandums of conversations with the Plaintiff's employer, The Aegis Technologies Group, Inc., a corporation, or any employee of the Plaintiff's employer, and/or other correspondence either sent to and/or received from the Plaintiff's employer, The Aegis Technologies Group, Inc., a corporation, in the possession of the Defendant, The Prudential Insurance Company of America, a corporation.

(X) In the event that the Defendant, The Prudential Insurance Company of America, a corporation, has delegated the claims decision making to some entity other than the Defendant, The Prudential Insurance Company of America, a corporation, a complete copy any and all contracts between the Defendant, The Prudential Insurance Company of America, a corporation, and the entity to whom the claims decision making duties under the policy were delegated.

That the above described documents shall be produced at the office of the Attorney for the Plaintiff located at:  Suite A, 2004 Poole Drive, Huntsville, Alabama 35810 at 9 o'clock a.m. on the forty-fifth (45th) day following the service of the Summons and Complaint in this matter, unless such day is a Saturday, Sunday or legal holiday, in which event the documents shall be produced the next regular business day at 9 o'clock a.m., for the purpose of permitting the Plaintiff, by and through his attorney, to inspect and copy such documents.

Date: January _21_ , 2019

Kenneth D. Hampton HAM033
Attorney for Plaintiff
Suite A, 2004 Poole Drive
Huntsville, AL  35810
Telephone:  256-859-8900
Fax:  256-859-8853
e-mail: kennethdhampton@bellsouth.net

Plaintiff's First Set of Requests for Production to Defendant The Prudential Insurance Company of America, a corporation,

6 of 6



AlaFile E-Notice

47-CV-2019-900138.00

To:  KENNETH D HAMPTON
     kenhampton@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following discovery was FILED on 1/21/2019 4:44:39 PM

Notice Date:     1/21/2019 4:44:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (PRO SI
CT CORPORATION SYSTEM
2 N JACKSON ST. SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following discovery was FILED on 1/21/2019 4:44:39 PM

Notice Date:      1/21/2019 4:44:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:   THE AEGIS TECHNOLOGIES GROUP INC, (PRO SE)
      ATTN: HUMAN RESOURCES DEP
      410 JAN DAVIS DRIVE
      HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following discovery was FILED on 1/21/2019 4:44:39 PM

Notice Date:     1/21/2019 4:44:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  INSURANCE PLAN THE AEGIS TECHNOLOGIES GROUP INC SH
     ATTN: HUMAN RESOURCES DEP
     410 JAN DAVIS DRIVE
     HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following discovery was FILED on 1/21/2019 4:44:39 PM

Notice Date:     1/21/2019 4:44:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| STATE OF ALABAMA | | | |
|---|---|---|---|

**STATE OF ALABAMA**
Unified Judicial System
Revised 3/5/08

47-MADISON

☐ District Court ☑ Circuit Court

Cas

CV2

ELECTRONICALLY FILED
1/21/2019 4:48 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET

**CIVIL MOTION COVER SHEET**
*Name of Filing Party:* C001 - HALL MARTIN LAWRENCE

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

KENNETH D HAMPTON

SUITE A, 2004 POOLE DRIVE

HUNTSVILLE, AL 35810

*Attorney Bar No.:* HAM033

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| ☐ Motion to Intervene ($297.00) | ☐ In Limine |
| ☐ Other _____ | ☐ Joinder |
| pursuant to Rule _____ ($50.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other    Request for Certified Mail Service Attorney Initiated |
| | pursuant to Rule ARCP 4(i)(2)(B)(ii)    (Subject to Filing Fee) |

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
1/21/2019 4:47:14 PM

Signature of Attorney or Party
/s/ KENNETH D HAMPTON

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motions to Dismiss' [or equivalent] and/or those for Mini-H 12(b) and/or other Motions for Summary Judgment are subject to filing fees.

ELECTRONICALLY FILED
1/21/2019 4:48 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT OF MADISON COUNTY, ALABAMA

| | | |
|---|---|---|
| MARTIN LAWRENCE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil Action: 47-CV-2019-900138 |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, a corporation, THE AEGIS | ) | |
| TECHNOLIGIES GROUP, INC., SHORT AND | ) | |
| LONG TERM DISABILITY INSUANCE PLAN, an | ) | |
| Employee Welfare Benefit Plan, and THE AEGIS | ) | |
| TECHNOLOGIES GROUP, INC, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### Plaintiff Requests Certified Mail Service on the Defendants

Comes now the Plaintiff pursuant to Alabama Rule of Civil Procedure 4 and Alabama Rule of Civil Procedure 4(i)(2)(B)(ii) permitting attorney initiated service and requests that certified mail service of the Summons and Complaint in this matter be made on the Defendants, return receipt requested, by serving the Defendant as follows using attorney initiated service:

[1] The Prudential Insurance Company of America, CT Corporation System, Registered Agent, 2 North Jackson Street, Suite 605, Montgomery, Al 36104

[2] The Aegis Technologies Group, Inc., Short and Long Term Disability Insurance Plan, The Aegis Technologies Group, Inc., Designated Plan Agent, Attention: Human Resources Department, 410 Jan Davis Drive. Huntsville, Al 35806

[3] The Aegis Technologies Group, Inc., Plan Administrator, Attention: Human Resources Department, 410 Jan Davis Drive, Huntsville, Al 35806

Date: January 21, 2019

Kenneth D. Hampton HAM033
Attorney for Plaintiff
Suite A, 2004 Poole Drive
Huntsville, Alabama 35810
Telephone: 256-859-8900
Fax: 256-859-8853
Email: kenhampton@bellsouth.net



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:   KENNETH D HAMPTON
      kenhampton@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was FILED on 1/21/2019 4:48:30 PM

**C001 HALL MARTIN LAWRENCE**

REQUEST FOR CERTIFIED MAIL SERVICE ATTORNEY INITIATED

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     1/21/2019 4:48:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (PRO SI
CT CORPORATION SYSTEM
2 N JACKSON ST. SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was FILED on 1/21/2019 4:48:30 PM

**C001 HALL MARTIN LAWRENCE**

REQUEST FOR CERTIFIED MAIL SERVICE ATTORNEY INITIATED

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     1/21/2019 4:48:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  THE AEGIS TECHNOLOGIES GROUP INC, (PRO SE)
ATTN: HUMAN RESOURCES DEP
410 JAN DAVIS DRIVE
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was FILED on 1/21/2019 4:48:30 PM

**C001 HALL MARTIN LAWRENCE**

REQUEST FOR CERTIFIED MAIL SERVICE ATTORNEY INITIATED

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     1/21/2019 4:48:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  INSURANCE PLAN THE AEGIS TECHNOLOGIES GROUP INC SH
ATTN: HUMAN RESOURCES DEP
410 JAN DAVIS DRIVE
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was FILED on 1/21/2019 4:48:30 PM

**C001 HALL MARTIN LAWRENCE**

REQUEST FOR CERTIFIED MAIL SERVICE ATTORNEY INITIATED

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     1/21/2019 4:48:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

ELECTRONICALLY FILED
1/22/2019 2:31 PM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | | |
|---|---|---|
| HALL MARTIN LAWRENCE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2019-900138.00 |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | | |
| THE AEGIS TECHNOLOGIES GROUP | ) | |
| INC,, | | |
| INSURANCE PLAN THE AEGIS | ) | |
| TECHNOLOGIES GROUP INC SH, | | |
| Defendants. | ) | |

## ORDER

REQUEST FOR CERTIFIED MAIL SERVICE ATTORNEY INITIATED filed by HALL MARTIN LAWRENCE is hereby GRANTED.

**DONE this 22nd day of January, 2019.**

                              **/s/ CLAUDE E HUNDLEY III**
                              **CIRCUIT JUDGE**



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:   HAMPTON KENNETH DEWAYNE
      kenhampton@bellsouth.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

A court action was entered in the above case on 1/22/2019 2:32:06 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          CEH

Notice Date:    1/22/2019 2:32:06 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (PRO SI
CT CORPORATION SYSTEM
2 N JACKSON ST. SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

A court action was entered in the above case on 1/22/2019 2:32:06 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           CEH

Notice Date:     1/22/2019 2:32:06 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  THE AEGIS TECHNOLOGIES GROUP INC, (PRO SE)
ATTN: HUMAN RESOURCES DEP
410 JAN DAVIS DRIVE
HUNTSVILLE, AL, 35806-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

A court action was entered in the above case on 1/22/2019 2:32:06 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           CEH

Notice Date:     1/22/2019 2:32:06 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  INSURANCE PLAN THE AEGIS TECHNOLOGIES GROUP INC SH
ATTN: HUMAN RESOURCES DEP
410 JAN DAVIS DRIVE
HUNTSVILLE, AL, 35806-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

A court action was entered in the above case on 1/22/2019 2:32:06 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            CEH

Notice Date:      1/22/2019 2:32:06 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

ELECTRONICALLY FILED
5/23/2019 11:14 AM
47-CV-2019-900138.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| MARTIN LAWRENCE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: 47-CV-2019-900138 |
| | ) |
| THE PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA, a corporation, THE AEGIS | ) |
| TECHNOLIGIES GROUP, INC., SHORT AND | ) |
| LONG TERM DISABILITY INSUANCE PLAN, an) | |
| Employee Welfare Benefit Plan, and THE AEGIS | ) |
| TECHNOLOGIES GROUP, INC, a corporation, | ) |
| | ) |
| Defendants. | ) |

### Affidavit of Certified Mailing of Process and Complaint

Comes now the attorney for the Plaintiff pursuant to Alabama Rule of Civil Procedure

4(i)(2)(B)(ii) and after first being given an affirmation to speak the truth does depose and state:

I, Kenneth D. Hampton, did on  January **23** , 2019 initiate certified mail service by

placing a filed copy of the Summons and Complaint, issued by the Clerk of the below designated

Court on January **23** , 2019, together with Plaintiff's  Request for Production to Defendant

The Prudential Insurance Company of America in the United States mail, certified mail with

return receipt, copies of the return receipts being attached hereto, and with postage prepaid to the

following persons, corporations, governmental entities, or other entities:

| Entity Served | Certified Mail Number |
|---|---|
| [1] The Prudential Insurance Company of America, CT Corporation System, Registered Agent, 2 North Jackson Street, Suite 605, Montgomery, Al 36104 | 7011 2970 0000 4991 4091 |

[2] The Aegis Technologies Group, Inc., Short and          7011 2970 0000 4991 4107
Long Term Disability Insurance Plan,
The Aegis Technologies Group, Inc., Designated Plan Agent,
Attention: Human Resources Department,
410 Jan Davis Drive. Huntsville, Al 35806

[3] The Aegis Technologies Group, Inc., Plan Administrator,   7011 2970 0000 4991 4084
Attention: Human Resources Department,
410 Jan Davis Drive,
Huntsville, Al 35806

I have further caused the originals of the return receipts to be returned to the Circuit

Court Clerk of Madison County, Alabama whose address is: Circuit Court Clerk, Civil, Madison

County Courthouse, 100 North Side Square, Huntsville, Alabama, 35801-4280 with the return

receipts showing the following case number: 47-CV-2019-900138. I have personal knowledge of

the facts stated in this affidavit and they are true and correct.

Date:  January 23 , 2019

                                        Kenneth D. Hampton, [HAM033]
                                        Attorney For Plaintiff
                                        Suite A
                                        2004 Poole Drive
                                        Huntsville, Al 35810
                                        Telephone: 256-859-8900
                                        Fax: 256-859-8853
                                        E-Mail:kenhampton@bellsouth.net

State of Alabama)
County of Madison)

**Notary Public**

Before me personally appeared the above and foregoing Kenneth D. Hampton, Attorney,
and after first making himself known to me, after first being given an affirmation to speak the

truth, he did in my presence, attest and affirm the above and foregoing Affidavit of Certified Mailing of Process and Complaint on this the _23rd_ day of January, 2019.


_Lee Ann Parker_
Notary Public, State at Large


My Commission Expires on: _February 5_ , 20 _22_

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Aegis Technologies Group, Inc.
Short and Long Term Disability Insurance Plan
The Aegis Technologies Group, Inc., Designated Plan Agent
Attention: Human Resources Department
410 Jan Davis Drive. Huntsville, Al 35806

9590 9402 4221 8121 3859 28

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4107

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   er delivery address below:                    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Aegis Technologies Group, Inc.
Plan Administrator
Attention: Human Resources Department
410 Jan Davis Drive
Huntsville, Al 35806

9590 9402 4221 8121 3859 11

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4084

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Prudential Insurance Company of America
CT Corporation System, Registered Agent
2 North Jackson Street, Suite 605
Montgomery, Al 36104

9590 9402 4221 8121 3859 35

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation

**USPS TRACKING #**



9590 9402 4221 8121 3859 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Court Clerk, Civil
Madison County Courthouse
100 North Side Square
Huntsville, Alabama, 35801-4280
Civil Action: 47-CV-2019-900138

---

**USPS TRACKING #**

9590 9402 4221 8121 3859 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Court Clerk, Civil
Madison County Courthouse
100 North Side Square
Huntsville, Alabama, 35801-4280
Civil Action:  47-CV-2019-900138

---

**USPS TRACKING #**





9590 9402 4221 8121 3859 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Court Clerk, Civil
Madison County Courthouse
100 North Side Square
Huntsville, Alabama, 35801-4280
Civil Action:  47-CV-2019-900138



AlaFile E-Notice

47-CV-2019-900138.00

To:   KENNETH D HAMPTON
       kenhampton@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 1/23/2019 11:14:35 AM

Notice Date:      1/23/2019 11:14:35 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (PRO SI
CT CORPORATION SYSTEM
2 N JACKSON ST. SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 1/23/2019 11:14:35 AM

Notice Date:     1/23/2019 11:14:35 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:   THE AEGIS TECHNOLOGIES GROUP INC, (PRO SE)
      ATTN: HUMAN RESOURCES DEP
      410 JAN DAVIS DRIVE
      HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 1/23/2019 11:14:35 AM

Notice Date:     1/23/2019 11:14:35 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:   INSURANCE PLAN THE AEGIS TECHNOLOGIES GROUP INC SH
ATTN: HUMAN RESOURCES DEP
410 JAN DAVIS DRIVE
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 1/23/2019 11:14:35 AM

Notice Date:     1/23/2019 11:14:35 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2019-900138.00

To:   KENNETH D HAMPTON
      kenhampton@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 1/23/2019 11:14:35 AM

Notice Date:    1/23/2019 11:14:35 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Aegis Technologies Group, Inc.

Plan Administrator

Attention: Human Resources Department

410 Jan Davis Drive

Huntsville, Al 35806

9590 9402 4221 8121 3859 11

2. Article Number (Transfer from service label)

7011 2970 0000 4991 4084

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Kelly

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Kelly Rutherford

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED IN OFFICE

JAN 28 2019

DEBRA KIZER
Circuit Court Madison County

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 4221 8121 3859 11



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, Alabama, 35801-4280

Civil Action: 47-CV-2019-900138



AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:   HAMPTON KENNETH DEWAYNE
      kenhampton@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was served on 1/28/2019

D002 THE AEGIS TECHNOLOGIES GROUP INC,

Corresponding To

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Kelly B.

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Kelly Rutherford

C. Date of Delivery

1. Article Addressed to:

The Aegis Technologies Group, Inc.

Short and Long Term Disability Insurance Plan

The Aegis Technologies Group, Inc., Designated Plan Agent

Attention: Human Resources Department

410 Jan Davis Drive, Huntsville, Al 35806

D. Is delivery address different from item 1? ☐ Yes
   er delivery address below: ☐ No

FILED IN OFFICE
JAN 28 2019
BURABAYER CO. AL
Clerk, Circuit Court



9590 9402 4221 8121 3859 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7011 2970 0000 4991 4107

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 4221 8121 3859 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, Alabama, 35801-4280

Civil Action:  47-CV-2019-900138



**AlaFile E-Notice**

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:  HAMPTON KENNETH DEWAYNE
     kenhampton@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was served on 1/28/2019

D003 INSURANCE PLAN THE AEGIS TECHNOLOGIES GROUP INC SH
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
   so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

The Prudential Insurance Company of America

CT Corporation System, Registered Agent

2 North Jackson Street, Suite 605

Montgomery, Al 36104



9590 9402 4221 8121 3859 35

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4091

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                                ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED IN OFFICE

JAN 31 2019

DEBRA KIZER
Clerk, Circuit Court Madison Co., Al

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 4221 8121 3859 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

\* Sender: Please print your name, address, and ZIP+4® in this box\*

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, Alabama, 35801-4280

Civil Action:  47-CV-2019-900138





AlaFile E-Notice

47-CV-2019-900138.00

Judge: CLAUDE E HUNDLEY III

To:   HAMPTON KENNETH DEWAYNE
       kenhampton@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MARTIN LAWRENCE HALL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ET
47-CV-2019-900138.00

The following matter was served on 1/28/2019

D001 THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390